| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 19, 2021
Nathan Ochsner, Clerk

Emerita Fernandez §
§
versus §  Civil Action 4: 21-CV-02998
§
Fiesta Mart, LLC §

## Conference Memorandum

**Counsel:**

Kenneth Baird

Jeffrey Wright

**Representing:**

P. Emerita Fernandez

D. Fiesta Mart, LLC

Date: October 18, 2021

Started: 2:55 pm

Reporter: Metzger

Ended: 3:25 pm

At the conference, these rulings were made:

_____

☑ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2021.
☐ A hearing is set for: _____ on _____, 2021.
☐ Trial preparation to be completed by: _____, 2021.
☐ A trial is set for: _____ on _____, 2021.
  ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2021.
☐ Internal review deadline _____, 2021.

Lynn N. Hughes
United States District Judge