United States District Court
Southern District of Texas
**ENTERED**
October 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Emerita Fernandez, | § | |
| Plaintiff, | § | |
| versus | § | Civil Action H-21-2998 |
| Fiesta Mart, LLC, | § | |
| Defendant. | § | |

## Order to Disclose and Report

1. Because Emerita Fernandez can not stipulate around jurisdiction, her motion to remand is denied. (7)

2. By November 19, 2021, Emerita Fernandez must give Fiesta Mart, LLC, all her medical records, bills, receipts, and proof of payments related to the incident.

2. By December 3, 2021, the parties must jointly report the status of mediation and the next steps to advance the litigation.

Signed on October 18, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge