United States District Court
Southern District of Texas
**ENTERED**
December 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Emerita Fernandez, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-21-2998 |
| | § | |
| Fiesta Mart, LLC, | § | |
| | § | |
| Defendant. | § | |

## Order to Report

1. The parties have failed to report as the Court ordered.

2. By December 15, 2021, the parties must jointly report the status of mediation and the next steps to advance the litigation.

3. The Court's orders are not mere suggestions. They are targeted directions to efficiently progress the case. Failing to follow the Court's orders are sanctionable transgressions.

Signed on December 7, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge