UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Emerita Fernandez, § § § Plaintiff, § § versus § § Fiesta Mart, LLC, § § Defendant. § | Civil Action H-21-2998 |

## Discovery Order

1. By January 14, 2022, Fiesta Mart, LLC, must give Emerita Fernandez the surveillance video. Emerita Fernandez must give Fiesta Mart, LLC, documents related to pre-existing injuries and conditions.

2. By February 4, 2022, Fiesta Mart, LLC, may depose Emerita Fernandez and any person who visited the store with her on the date of the incident.

3. Each party is limited to 15 questions for interrogatories.

2. By February 18, 2022, the parties must jointly report the status of this case and the next steps to advance the litigation.

Signed on December _15_, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge