UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 24, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Emerita Fernandez, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-21-2998 |
| | § | |
| Fiesta Mart, LLC, | § | |
| | § | |
| Defendant. | § | |

## Order to Mediate and Report

1. Each party may serve 15 requests for production.

2. By March 18, 2022, the parties must choose a mediator.

3. By May 20, 2022, the parties must jointly report the status of mediation and the next steps to advance the litigation.

Signed on February 24, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge